

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-14-00020-CR

PATRICIA ANN ADAMS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 46th District Court
Foard County, Texas
Trial Court No. 1296, Honorable Dan Mike Bird, Presiding

February 3, 2014

## ON ABATEMENT AND REMAND

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant Patricia Ann Adams appeals from her conviction for possession of a controlled substance. On January 31, 2014, we received a request from the court reporter requesting an extension of time wherein she stated that 1) appellant had not submitted a request for preparation and/or written designation for the record, and 2) appellant had not paid or made arrangements to pay for the record.

Accordingly, we abate this appeal and remand the cause to the 46th District Court (trial court) for further proceedings. Upon remand, the trial court shall determine the following:

1. whether appellant desires to prosecute the appeal;

2. whether appellant is indigent; and, if so,

3. whether appellant is entitled to a free record, and,

4. if appellant is represented by counsel, whether counsel has been ineffective by failing to designate, pay for or make arrangements to pay for the reporter's record.

The trial court is also directed to enter such orders necessary to address the aforementioned questions. So too shall it include its findings on those matters in a supplemental record and cause that record to be filed with this court by March 5, 2014. Should further time be needed to perform these tasks, then same must be requested before March 5, 2014. Furthermore, the court reporter's request for an extension of time is granted, and the reporter's record will not be due until further notice from this court.

It is so ordered.

Per Curiam

Do not publish.